# Order

**Lansing, Michigan**

July 29, 2014

148459(44)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SE'BRYNE O. WALTHALL,
      Plaintiff-Appellant,

v

BELLAMY CREEK CORRECTIONAL
FACILITY WARDEN,
      Defendant-Appellee.

SC: 148459
COA: 317546
Ionia CC: 2013-029731-AH

_____/

      On order of the Court, the motion for reconsideration of this Court's April 28, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014


Clerk

p0721